UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 16-350 (PGS) |
| v. | : | |
| TRACEY PERRIGAN | : | **ORDER TO SELF-SURRENDER TO THE U.S. MARSHAL'S SERVICE** |

This matter having been opened to the Court on motion of defendant Tracey Perrigan, by and through her counsel Carol Gillen, Esq., Assistant Federal Public Defender, requesting the Court to vacate her bail and allow that she self-surrender to the U.S. Marshal's Service in Houston, Texas on Wednesday, June 21, 2017, by 11A.M.

The United States of America, by William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Jason Gould, Assistant United States Attorney, appearing) defers to the Court's decision to remand Tracey Perrigan for her detention without bail in the above-entitled matter, reserving the right to present a bail package at a later date; and for good cause shown,

IT IS, therefore, on this 16 day of June, 2017,

ORDERED, pursuant to Federal Rule of Criminal Procedure 32.1 and Title 18, United States Code, Section 3142, that Tracey Perrigan be committed to the custody of the Attorney General; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Tracey Perrigan be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, Tracey Perrigan shall be delivered to a United States Marshal in Houston, Texas for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that Directions of Recovery, will delivery Tracey Perrigan to the Houston, Texas United States Probation Office on Wednesday, June 21, 2017 by 11 A.M.; and it is further

ORDERED that the motion of Tracey Perrigan for an order vacating her bail is hereby granted, and Tracey Perrigan is hereby ordered detained in the above-entitled matter and is to be transported to the District of New Jersey by the U.S. Marshal's Service.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge